# First District Court of Appeal
## State of Florida

_____

No. 1D2024-2598
_____

NATHANIEL T. LEWIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the Circuit Court for Escambia County.
Jennie Kinsey, Judge.

November 7, 2025

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and WINOKUR and LONG, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Nathaniel T. Lewis, pro se, Appellant.

James Uthmeier, Attorney General, Tallahassee, for Appellee.